UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ARTHURTON WARREN,<br><br>              Defendant. | No. 2:13CR00083-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ARTHURTON WARREN;

Case No. 2:13CR00083-KJM, from custody for the following reasons:

    ___Release on Personal Recognizance

    ___Bail Posted in the Sum of $

           ___ Unsecured Appearance Bond

           ___ Appearance Bond with 10% Deposit

           ___ Appearance Bond with Surety

           ___ Corporate Surety Bail Bond

    _X_ (Other): Time Served effective 4/19/21, with the understanding that a bed is available for the Defendant at the Residential Re-Entry Center (RRC) at 111 Taylor Street, San Francisco, CA 94102.

Issued at Sacramento, California on April 15, 2021, at 3:30 p.m.

                                                      CHIEF UNITED STATES DISTRICT JUDGE