PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00083 KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISMISSAL OF COUNT ONE OF SUPERVISED RELEASE VIOLATION PETITION; FINDINGS AND ORDER |
| v. | |
| ARTHURTON WARREN, | |
| Defendant. | DATE: 04/16/2021<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant, Arthurton Warren, by and through defendant's counsel of record, Tamara Soloman, hereby stipulate as follows:

1. On March 22, 2021, defendant admitted Charge Two of the petition alleging two separate violations of defendant's supervised release. *See* ECF #s 29, 38.

2. At the time of defendant's admission, the government agreed to dismiss Charge One of the petition.

3. The Court has now issued its release order, finalizing its dispositional order from April 12, 2021. *See* ECF # 43. Accordingly, on the government's motion and by stipulation, Charge One of the petition for revocation of defendant's supervised release should be dismissed.

IT IS SO STIPULATED.

Dated:  April 16, 2021 　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ ALEXIS NELSEN
　　　　　　　　　　　　　　　　　　　　　　　ALEXIS NELSEN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  April 16, 2021 　　　　　　　　　　　/s/ TAMARA SOLOMAN
　　　　　　　　　　　　　　　　　　　　　　　TAMARA SOLOMAN
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Arthurton Warren


## FINDINGS AND ORDER

　　　The Court adopts and incorporates by reference the above stipulation. Accordingly, Charge One of the petition filed July 1, 2020 (ECF # 29) is dismissed.

　　　IT IS SO FOUND AND ORDERED this 24th day of April 2021.


_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING
CHARGE ONE OF THE PETITION
　　　　　　　　　　　　　　　2