TAMARA SOLOMAN, #183841
P.O. Box 5482
El Dorado Hills, CA  95762
Tel: 916-712-8962

Attorney for Defendant
Arthurton Warren

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHURTON WARREN<br><br>Defendant. | Case No.  2:13-cr-00083-KJM<br><br>**ORDER RE REQUEST FOR ORDER TO RELEASE PORTION OF PROBATION RECORDS** |

The Court, having considered the defendant-supervised-releasee's requests in this matter, and good cause appearing therefrom, hereby orders as follows:

1. United States Probation Office is ordered to produce Mr. Warren's Chronos from January 2020 – October 12, 2021.

2. United States Probation Office is ordered to produce all electronic reports and disclosures submitted by Mr. Warren.

3. United States Probation Officer is ordered to produce any existing records of verbal or written directives from the probation office during Mr. Warren's time on supervision.

IT IS SO ORDERED.

DATED:  October 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE