PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00083 KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING ADMIT/DENY HEARING AND INTERIM BRIEFING; ORDER |
| v. | DATE:  November 15, 2021 |
| ARTHURTON WARREN, | TIME:  9:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on November 15, 2021.

2. By this stipulation, the parties agree and request to continue the admit/deny hearing to December 13, 2021, to allow for interim briefing regarding the defendant's request for probation documents (ECF No. 52) and the Court's October 28, 2021, order (ECF No. 53).

3. The parties agree and stipulate that the government's response to defendant's request for probation documents and the October 28th order be filed by November 15, 2021, and the defendant's reply, if any, to the government's response be filed by December 6, 2021.

IT IS SO STIPULATED.

///

Dated:  November 5, 2021          PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                                         /s/ ALEXIS NELSEN
                                                         ALEXIS NELSEN
                                                         Assistant United States Attorney

Dated:  November 5, 2021          /s/ TAMARA SOLOMAN
                                                         TAMARA SOLOMAN
                                                         Counsel for Defendant
                                                         ARTHURTON WARREN

## ORDER

IT IS SO ORDERED this 10th day of November, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING ADMIT/DENY HEARING AND
INTERIM BRIEFING ORDER        2